IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Na'eem Betz,<br><br>    Plaintiff,<br><br>v.<br><br>Comcast Cable Communications, LLC,<br><br>    Defendant. | Case No. 1:23-cv-01177 (JEB) |

### [PROPOSED] ORDER GRANTING MOTION TO ADMIT KEVIN P. SIMPSON *PRO HAC VICE*

Upon consideration of the Motion to Admit Kevin P. Simpson *Pro Hac Vice*, it is ORDERED that the Motion to Admit Kevin P. Simpson *Pro Hac Vice* be **GRANTED,** and that Kevin P. Simpson be hereby admitted *pro hac vice* to appear and participate as counsel in the above-referenced action.

IT IS SO ORDERED.

Dated: _____

_____
Chief Judge James E. Boasberg
United States District Court

## **PARTIES TO BE NOTIFIED**

**Plaintiff**

Na'eem Betz
nobetzo@gmail.com
4244 Hildreth Street, SE
Washington, DC 20019
Tel. (202)706-8063

**Defendant**

*Attorneys for Defendant Comcast Cable Communications, LLC*

Lauren Gailey
lgailey@winston.com
WINSTON & STRAWN LLP
1901 L St. NW
Washington, DC 20036
Tel. (202) 282-5000

Kevin Simpson (*pro hac vice* pending)
kpsimpson@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071
Tel. (213) 615-1778