IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Na'eem Betz,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Comcast Cable Communications, LLC,<br><br>　　　　Defendant. | Case No. 1:23-cv-01177 (JEB) |

## CERTIFICATE OF CONFERENCE

Pursuant to the Court's minute order of July 17, 2023, and Local Rule 7(m), Defendant Comcast Communications, LLC submits this certificate of conference regarding Comcast's Motion to Compel Arbitration and to Stay this Action ("Motion") (Dkt. 11). On June 5 and June 30, 2023, counsel for Comcast, Kevin P. Simpson, conferred with Plaintiff in a good-faith effort to determine whether there is any opposition to the relief sought in the Motion and to narrow the areas of disagreement. *See id.* at 1. Plaintiff indicated that he opposes the relief requested in the Motion. *Id.*

Dated: July 18, 2023

　　　　　　　　　　　　　　　　　　　　　　/s/ *Lauren Gailey*
　　　　　　　　　　　　　　　　　　　　　　Lauren Gailey (No. 001631587)
　　　　　　　　　　　　　　　　　　　　　　lgailey@winston.com
　　　　　　　	　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　　　1901 L St. NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　Tel. (202) 282-5000

　　　　　　　　　　　　　　　　　　　　　　Kevin Simpson (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　　　　kpsimpson@winston.com
　　　　　　　　　　　　　　　　　　　　　　333 S. Grand Ave.
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　Tel. (213) 615-1778

　　　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant Comcast Cable Communications, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2023, a true and correct copy of the foregoing was served via ECF to all counsel of record.

*/s/ Lauren Gailey*
Lauren Gailey